**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**CIVIL NO.  3:98CV394**

| | | |
|---|---|---|
| **HAZEL S. BOONE, individually** | ) | |
| **and as Executrix of the Estate of** | ) | |
| **Billy H. Boone, Deceased;** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **ACandS, INC.,** *et al*., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the joint motion of Plaintiff and
Defendant A. W. Chesterton for an order dismissing the Plaintiff's claims as to
that Defendant without prejudice.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion is **ALLOWED,** and
Plaintiff's claims against the Defendant A. W. Chesterton are hereby
**DISMISSED WITHOUT PREJUDICE.**

**Signed: November 5, 2005**

Lacy H. Thornburg
United States District Judge